**Roy Washington LOUD, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 29458.**

Court of Criminal Appeals of Texas.

Jan. 22, 1958.

Jack Morgan, Kaufman, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is the unlawful sale of whiskey in a dry area, with a conviction of an offense of like character alleged for enhancement; the punishment, six months in jail and a fine of $400.

We find no notice of appeal contained in the record. "A memorandum on the docket of the judge * * * is not sufficient to effect an appeal to this Court." 4 Tex. Juris., sec. 78, p. 117, and Greathouse v. State, Tex.Cr.App., 245 S.W.2d 267.

The appeal is dismissed.